| | |
|---|---|
| 1 | THOMAS E. WINNER |
| | Nevada Bar No. 5168 |
| 2 | LARA L. MILLER |
| | Nevada Bar No. 12618 |
| 3 | WINNER & SHERROD |
| | 1117 South Rancho Drive |
| 4 | Las Vegas, Nevada 89102 |
| | Phone (702) 243-7000 |
| 5 | Facsimile (702) 243-7059 |
| | twinner@winnerfirm.com |
| 6 | lmiller@winnerfirm.com |
| 7 | Attorneys for Defendant |
| | GEICO Casualty Company |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE KOHLER, an individual, | CASE NO.:2:20-cv-01467-RFB-EJY |
| Plaintiff, | |
| vs. | |
| GEICO CASUALTY COMPANY, a Foreign Corporation; DOES I-X, inclusive; ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Brice Crafton of the law firm of Deaver & Crafton, attorney for the Plaintiff, JACQUELINE KOHLER, and Thomas E. Winner and Lara L. Miller of the law firm of Winner & Sherrod, attorneys for Defendant, GEICO CASUALTY COMPANY that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///

///

///

///

Page 1 of 3

1352171.docx

1   IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above
2   referenced matter.
3   DATED this 14TH day of June, 2021.

WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorney for Defendant

DATED this 9th day of June, 2021.

DEAVER & CRAFTON

#11947

_____
Brice Crafton
Nevada Bar No. 10558
810 E. Charleston Blvd.
Las Vegas, NV 89104
Attorneys for Plaintiff

Page 2 of 3

1352171.docx

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this __15th__ day of _____June_____ 2021.

_____
RICHARD F. BOULWARE, II
United States District Court

Submitted by:

WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:20-cv-01467-RVB-EJY